IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 1:08-CV-84 |
| | § | |
| $105,500.00 SEIZED FROM | § | |
| GUARANTY BANK ACCOUNT | § | |
| NO. 3805503319 | § | |

ORDER ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to General Order 93-11 filed on February 14, 2008. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant the parties' motions pursuant to settlement and enter the consent decree as final judgment.

The magistrate judge's report is hereby **ADOPTED**. It is further

**ORDERED** that the parties' motion to adopt their settlement agreement (Docket No. 9) and motion for entry of consent judgment (Docket No. 12) are **GRANTED**. Final judgment will be entered separately. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

**SIGNED** this the 13 day of **June, 2008.**

_____
Thad Heartfield
United States District Judge